AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MICHAEL BONIECKI,

    Plaintiff,

v.

SAFEWAY, INC., a corporation doing business in Washington and BRIAN KINGSBURY and JANE DOE KINGSBURY,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-0039-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendant's motion for Summary Judgment is granted. The District Court Executive shall enter judgment in favor of the Defendants. The District Court Executive is hereby directed to enter order, furnish copies to counsel, and CLOSE THE FILE.

July 10, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer